# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**KEVIN S. CARTER,**

               **Plaintiff,**

**-vs-**                                            **Case No. 6:11-cv-1640-Orl-28DAB**

**JERRY L. DEMINGS,**

               **Defendant.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **MOTION TO REVIEW BILL OF COSTS (Doc. No. 45)**
>
> **FILED:**      **October 21, 2013**
>
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED** in part.

At issue is the amount of costs properly taxable to the prevailing Defendant. Plaintiff objects to the taxation of certain costs, and contends that the total amount sought should be reduced. The Court treated the objection to the bill of costs as a motion, and directed Defendant to file a response (Docs. 46-48). As set forth in that response (Doc. 49), since the filing of Plaintiff's motion, the parties have conferred and Defendant agreed to reduce its proposed costs by $1,000, for a modified requested award of costs in the total amount of $4,481.34. Plaintiff has no objection to the modification, although it is less than the reduction originally sought by Plaintiff, and does not oppose an award of costs in this amount. *Id.*

As the parties agree to the amount of taxable costs, as modified, **it is respectfully recommended** that the motion to review the bill of costs be **granted, in part,** and the Clerk be directed to tax costs in the total amount of $4,481.34.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on November 8, 2013.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Courtroom Deputy