# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**KEVIN S. CARTER,**

       **Plaintiff,**

**-vs-**                                    **Case No. 6:11-cv-1640-Orl-28DAB**
**JERRY L. DEMINGS,**

       **Defendant.**

_____

## ORDER

This case is before the Court on Plaintiff's Motion to Review Bill of Costs (Doc. No. 45) filed October 21, 2013. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed November 8, 2013 (Doc. No. 50) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion to Review Bill of Costs (Doc. No. 45) is **GRANTED in part**.

3. The Clerk of the Court is directed to tax costs in the total amount of $4,481.34.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 27th day of November, 2013.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record